UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-88 |
| | ) | (PHILLIPS/SHIRLEY) |
| JOE LOUIS BELL, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on the defendant's Motion to Withdraw First Motion In Limine [Doc. 24] and the defendant's Motion to Withdraw Second Motion In Limine [Doc. 25] filed on September 7, 2006. The defendant asks to withdraw these pending motions [Docs. 21 and 23] because a tentative plea agreement has been reached and the underlying issues contained in the motions have been resolved. Also pursuant to a telephone conference with defendant's counsel, Brian Neely, stated that the defendant's Motion For Discovery [Doc. 18] and Motion to Reveal Deal and Prior Transactions [Doc. 19] could also be withdrawn.

Therefore, the defendant's Motion to Withdraw First Motion In Limine and defendant's Motion to Withdraw Second Motion In Limine [**Docs. 24 and 25**] are **GRANTED**. Accordingly, his pending Motion For Discovery [**Doc. 18**], Motion to Reveal Deal and Prior Transactions [**Doc. 19**], Motion In Limine [**Doc. 21**], Motion In Limine [**Doc. 23**] are **DENIED as moot**.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge